IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JAMES P. HARRIS, } | | |
|     Petitioner, } | | |
| } | | |
| vs. } | Case No.  5:12-cr-40024-JAR | |
| } | No. 14-cv-4067-JAR | |
| UNITED STATES OF AMERICA, } | | |
|     Respondent. } | | |
| } | | |

## AGREED ORDER GRANTING MOTION TO VACATE

On July 18, 2014, the parties filed a Joint Motion to Vacate, pursuant to 28 U.S.C. § 2255, in light of the Tenth Circuit's decision in *United States v. Brooks*, 751 F.3d 1204 (10th Cir. 2014). The parties ask that this Court vacate Mr. Harris's conviction and sentence in Case No. 5:12-cr-40024-JAR because he is actually innocent of the offense of conviction. The underlying offense conduct involved the possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). In light of *Brooks*, which held that certain Kansas convictions do not qualify as felony convictions for purposes of federal law, the parties assert that Mr. Harris was not prohibited from possessing a firearm under § 922(g)(1). The government has waived any potential procedural hurdles to relief.

Here, in light of the Tenth Circuit's decision in *Brooks*, although the Petitioner possessed a firearm, at the time of his possession, he was not a felon for purposes of § 922(g)(1). This is so because his underlying Kansas conviction for Fleeing and Eluding

did not carry a statutory maximum sentence of more than one year. Because the Petitioner is actually innocent of the conviction in Case No. 5:12-cr-40024-JAR, the Petitioner is entitled to relief under 28 U.S.C. §2255 and the conviction and sentence must be vacated.

This Court thus VACATES the conviction and sentence in Case No. 5:12-cr-40024-JAR. Because the conviction is vacated, Mr. Harris's supervised release is TERMINATED IMMEDIATELY.

**IT IS SO ORDERED.**

Dated this  22nd day of  July  , 2014, at Kansas City, Kansas.

 s/ Julie A. Robinson
HON. JULIE A. ROBINSON
United States District Judge

Prepared by FPD/Approved by USAO